# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161037-8(61)


MICHAEL WENNERS, DAVID CROSS, and
SALLY CROSS,
          Plaintiffs-Appellees,

v

MATTHEW D. CHISHOLM, AMY C. VOGEL,
a/k/a AMY C. CHISHOLM,
          Defendants,

and

MICHELE SHAUGHNESSY,
          Defendant-Appellant.

_____/

MICHELE SHAUGHNESSY,
          Plaintiff-Appellant,

v

UNKNOWN OWNERS OF PROPERTY
EXISTING BETWEEN WASHTENAW
COUNTY PARCEL NOS D-04-01-470-001,
and D-04-01-484-009,
          Defendant,

and

MICHAEL WENNERS, DAVID CROSS, and
SALLY CROSS,
          Intervening Defendants-Appellees.

_____/

SC:  161037
COA:  345830
Washtenaw CC:  12-001197-CH

SC:  161038
COA:  345831
Washtenaw CC:  16-000519-CH

On order of the Court, the motion for reconsideration of this Court's July 28, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk

b1019